UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLYDE WALCOTT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.  20-11134-AK |

**SETTLEMENT ORDER OF DISMISSAL**

A. KELLEY, D.J.

The Court having been advised on April 22, 2022, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty (60) days if settlement is not consummated.

4/22/2022　　　　　　　　　　　　　　　　　　　By the Court,
Date
　　　　　　　　　　　　　　　　　　　　　　　/s/ Miguel Lara
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk